IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE J. LANGMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEYSTONE NAT'L BANK & TRUST CO., et al. | : | NO. 07-2662 |
| | : | |

ORDER

AND NOW, this 23rd day of November, 2009, upon consideration of the first motion for summary judgment of Constantine M. Vasiliadis and Kolb, Vasiliadis and Florenz, LLP ("Vasiliadis Defendants") (docket entry # 50), plaintiff's response thereto (docket entry # 53), the motion for summary judgment of C. Palmer Zigmund and Keystone Nazareth Bank & Trust Co. ("Keystone Defendants") (docket entry # 54), the motion for summary judgment of Stephen W. Wiener and Wiener & Wiener, LLP ("Wiener Defendants") (docket entry # 55), the Vasiliadis Defendants' second motion for summary judgment in which they join in the motions of the other defendants regarding, inter alia, the statute of limitations for the abuse of process claims (docket entry # 56), plaintiff's response to those motions (docket entries 58, 59, and 60)[1], plaintiff's exhibits (docket entries 60, 61, 62,

---

[1] Jesse submitted one response brief to the motions "in the interest of economy and ecology," Pl. Br. at 1., but his
(continued...)

and 63), the reply brief of the Wiener and Keystone Defendants (docket entry # 70), the Vasiliadis Defendants' reply brief, in which they join in the other defendants' reply briefs (docket entry # 73), and plaintiff's sur-reply (docket entry # 74), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

    1. The Clerk of Court shall TRANSFER this case from our Civil Suspense docket to our Active docket;

    2. The Vasiliadis Defendants' first motion for summary judgment (docket entry # 50) is DENIED;

    3. The Keystone Defendants' motion for summary judgment (docket entry # 54) is GRANTED AS UNOPPOSED as to plaintiff's claim for conversion;

    4. The Keystone Defendants' motion for summary judgment (docket entry # 54) is GRANTED as to all of plaintiff's other pending claims;

    5. The Wiener Defendants' motion for summary judgment (docket entry # 55) is GRANTED;

---

[1] (...continued)
counsel docketed the memo and exhibits piecemeal in docket entry numbers 58 through 63.

6. The Vasiliadis Defendants' second motion for summary judgment (docket entry # 56) is GRANTED;

7. All of plaintiff's pending claims against the Keystone Defendants, Wiener Defendants, and Vasiliadis Defendants are DISMISSED; and

8. A hearing of no more than two hours regarding plaintiff's motion for default judgment against Sandra Langman shall CONVENE on December 15, 2009 at 11:00 a.m. in a courtroom to be determined.[2]

                                            BY THE COURT:


                                            \s\Stewart Dalzell

---

[2] Counsel may contact Chambers the day before the hearing at 215-597-9773 regarding the location of this hearing.